UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:21-mj-1521
    6:21-mj-1522

JAMES VARNELL CUSICK, JR.
CASEY CUSICK

AUSA: Jen Harrington
Defense Atty.: Karla Reyes
Andrew Searle

| U.S. MAGISTRATE JUDGE | EMBRY J. KIDD Courtroom 6D | | June 24, 2021 2:05-2:37 = 22 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | n/a | PTS/PROB. | Juan Cabrera |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON PC ARREST/COMPLAINT/BOND HEARING BOTH DEFENDANTS'
**DEFENDANTS' TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Court finds both defendants' are competent
Gov summarizes charges and penalties
Dfts advised of their rights
Dft Cusick, Jr. requests appointment of counsel/Court appoints FPD
Dft #2 Cusick requests appointment of counsel/ Court appoints CJA counsel
Dfts advised of their right to preliminary hearings
Both defendants' file waivers of preliminary hearing
No issue as to identity for either defendant
Dfts advised of rule 20 transfer
Partis advised of Due Process Protections Act
Gov does not seek detention for either dft/Conditions requested as stated
Counsel Reyes responds to conditions requested
Gov states factual summary
Counsel Searle responds to conditions requested/Requests OR bond
Court releases dft Cusick Jr on conditions as stated
Court releases dft Cusick on conditions as stated
Court enters orders of removal for both defendants'
Court adjourned