AO 468 (01/09) Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                                       CASE NO: 6:21-MJ-1521

JAMES VARNELL CUSICK, JR

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P.5, or to a preliminary hearing under Fed.R.Crim.P.32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P.5 or Fed.R.Crim.P.32.1.

_6/24/21_
Date

_[signature]_
Defendant's signature

_By Karla M. Reyes FL#72652_
Signature of defendant's attorney

_201 S. Orange Ave., Suite 300_
_Orlando, FL 32801_
Address of defendant's attorney

_karla_reyes@fd.org_
E-mail address of defendant's attorney

_407-648-6338_
Telephone number of defendant's attorney